Excel Surgery Center, L.L.C., as Assignee of Leslie Monroy, Appellant, 
against
Travelers Property Casualty Ins. Co., Respondent.




Gabriel & Shapiro, LLC (Steven F. Palumbo, Esq.), for appellant.
Law Office of Aloy O. Ibuzor (William T. Angstreich, Esq.), for respondent.

Appeal from an order of the District Court of Suffolk County, Third District (C. Stephen Hackeling, J.), dated July 30, 2015. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, without costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved for summary judgment dismissing the complaint on the ground that the action is premature since plaintiff had not provided all of the requested verification. Plaintiff appeals from an order of the District Court which granted defendant's motion.
The sole argument raised by plaintiff on appeal is unpreserved for appellate review, because plaintiff failed to raise the issue in the District Court (see Volunteer Fire Assn. of Tappan, Inc. v County of Rockland, 114 AD3d 935 [2014]; Peerless Ins. Co. v Casey, 194 AD2d 411 [1993]).
Accordingly, the order is affirmed.
Marano, P.J., Iannacci and Garguilo, JJ., concur.
Decision Date: April 13, 2017